**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 2, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00428-CV

---

## HILARIO R. HERNANDEZ A/K/A HILARIO RAMOS HERNANDEZ, Appellant

### V.

## CHRISTINA M. FOOS, INDIVIDUALLY AND AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF BELINDA G. HERNANDEZ, DECEASED, Appellee

**On Appeal from the County Court at Law No. 2 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. PR39396**

### MEMORANDUM OPINION

This is an attempted appeal from an interlocutory order signed in an ancillary probate matter. The order appealed is not a part of the record in the underlying case. There is no final judgment or interlocutory order from which an

appeal may be taken in this case. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

On June 12, 2019, appellant filed a motion to consolidate this appellate cause with his appeal from the ancillary probate matter containing an appealable interlocutory order. Appellees filed a response requesting that we dismiss this cause appellate cause for lack of jurisdiction. Because there is no appealable order or final judgment in this cause, we dismiss this appeal and deny appellant's motion to consolidate. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.